# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 8, 2002

**Before**

Honorable JOEL M. FLAUM, *Chief Judge*

Honorable RICHARD D. CUDAHY, *Circuit Judge*

Honorable MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff-Appellee,<br><br>No. 01-2208                    v.<br><br>STANLEY E. ALGEE,<br>  Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 00 CR 40023<br>]<br>] G. Patrick Murphy,<br>]     Chief Judge. |

**O R D E R**

The opinion issued by this court on October 31, 2002 is amended as follows. On the ninth page of the opinion, the second paragraph, line six, should be modified to read as follows: Though Algee concedes that his "twenty"-year....